IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tate, Kermit R

Printed: 4/29/08

Case Number: 07 B 06051
Judge: Hollis, Pamela S
Filed: 4/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 17, 2008
Confirmed: September 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,039.54 |  |
| Secured: |  | 436.00 |
| Unsecured: |  | 400.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,039.41 |
| Trustee Fee: |  | 164.13 |
| Other Funds: |  | 0.00 |
| Totals: | 3,039.54 | 3,039.54 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,584.00 | 2,039.41 |
| 2. | Robert J Semrad & Associates | Administrative | 400.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 5. | Americredit Financial Ser Inc | Secured | 0.00 | 400.00 |
| 6. | Internal Revenue Service | Secured | 1,094.00 | 36.00 |
| 7. | Barclays Capital Real Estate | Secured | 17,254.82 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 8,075.82 | 0.00 |
| 9. | Internal Revenue Service | Priority | 3,266.90 | 0.00 |
| 10. | Department Of Child Support Services | Priority | 4,462.29 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,416.12 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 1,035.48 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 7,872.27 | 0.00 |
| 14. | Americredit Financial Ser Inc | Unsecured | 9,775.66 | 0.00 |
| 15. | Village of Homewood | Unsecured | 213.92 | 0.00 |
| 16. | Nicor Gas | Unsecured | 927.17 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 566.00 | 0.00 |
| 18. | Credit Acceptance Corp | Unsecured | 7,253.96 | 400.00 |
| 19. | Sacto Co Fam | Priority |  | No Claim Filed |
| 20. | H & F Law Offices | Unsecured |  | No Claim Filed |
| 21. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 22. | Bloomingdales | Unsecured |  | No Claim Filed |
| 23. | Diversified Adjustment Service | Unsecured |  | No Claim Filed |
| 24. | CB Accounts | Unsecured |  | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tate, Kermit R

Printed: 4/29/08

Case Number: 07 B 06051
Judge: Hollis, Pamela S
Filed: 4/4/07

| | | | | |
|---|---|---|---|---|
| 26. | Harris & Harris | Unsecured | | No Claim Filed |
| 27. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 28. | Cingular Wireless | Unsecured | | No Claim Filed |
| 29. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 30. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 31. | Seaway National Bank | Unsecured | | No Claim Filed |
| 32. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 33. | Comcast | Unsecured | | No Claim Filed |

_____  _____
$ 66,198.41   $ 2,875.41

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 164.13 |

_____
$ 164.13

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____